**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANVIR SINGH, | No. 07-74266 |
| Petitioner, | Agency No. A074-794-376 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Ranvir Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's decision denying his application for asylum, withholding of removal, and

protection under the Convention Against Torture ("CAT").  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252.  We review legal issues de novo, including due process claims.  *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000).  We deny the petition for review.

Singh contends that the agency violated due process because portions of the hearing transcript allegedly are missing from the record.  We reject this contention both because Singh has not shown that any proceedings occurred on the dates in question and because, even if such proceedings occurred, he failed to demonstrate prejudice.  *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

Apart from his due process contention, Singh does not otherwise challenge the BIA's denial of his asylum, withholding of removal, or CAT claims.

**PETITION FOR REVIEW DENIED.**